**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2463-18T2

ALLISON BERNHEIMER,

     Plaintiff-Respondent,

v.

BERGEN MOTOR CARS, INC.,
d/b/a RAMSEY FIAT, ANTHONY
FRANCICA, and BANK OF
AMERICA,

     Defendants-Appellants.

_____

          Submitted October 7, 2019 – Decided October 11, 2019

          Before Judges Sabatino and Geiger.

          On appeal from the Superior Court of New Jersey, Law Division, Bergen County, Docket No. L-7538-18.

          Schiller Pittenger & Galvin, PC, attorneys for appellants (Thomas G. Russomano, of counsel and on the briefs; Jay Bentley Bohn, on the briefs).

          Michael Francis Niznik, Jr., attorney for respondent.

PER CURIAM

The court is advised that the matter has been amicably resolved, the parties have stipulated to the dismissal of the appeal, and the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2463-18T2